UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULINA BEATRIZ GARCIA,<br><br>                            Plaintiff,<br><br>-against-<br><br>BRONX SUPREME COURT HOUSE; UNIFIED COURT SYSTEM FOR NEW YORK STATE,<br><br>                            Defendants. | 24-CV-1700 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 29, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 29, 2024
            New York, New York

                                                                /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                Chief United States District Judge